**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>Fax (410) 962-6836 |

May 7, 2013

MEMORANDUM TO COUNSEL

    Re:    United States v. Sherman M. Kemp, Criminal No. CCB-12-0104

Dear Counsel:

    This will confirm the results of our telephone conference call today.

    The government's response to defense motions is due by **June 28, 2013**; any reply from the defendant should be filed by **July 26, 2013**.  A motions hearing will be scheduled, if needed.

    The pretrial conference has been set for **October 2, 2013** at **5:00 p.m.** in my chambers. Joint voir dire, the government's jury instructions (with a copy e:mailed to my secretary at Barbara_Childs@mdd.uscourts.gov), and any motions in limine are due at the pretrial conference.

    The trial of this case (4 days, jury) will begin on **November 4, 2013** at **10:00 a.m.** in Courtroom 7D.  Counsel should come to chambers at 9:30 a.m. that morning.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

    Sincerely yours,

    /s/

    Catherine C. Blake
    United States District Judge